# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CANDY APPLE,<br><br>            Plaintiff,<br>v.<br><br>CENTRAL PORTFOLIO CONTROL, INC.,<br>a Minnesota Corporation and Collection Agency,<br><br>            Defendants. | NO. 2:20-cv-5006-RSL<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

## STIPULATED DISMISSAL

Plaintiff, CANDY APPLE, being represented by her counsel, Attorney Robert Mitchell, and Defendant, CENTRAL PORTFOLIO CONTROL, INC., being represented by its attorney, Michael Farrell, hereby jointly move to dismiss this action with prejudice and without an award of costs or fees to either party.

Presented by:

S//*Robert W. Mitchell*                                 Dated July 29, 2022
Robert W. Mitchell (WSBA # 37444)
Attorney at Law, PLLC
1020  N. Washington
Spokane, WA  99201
Notice of Presentment Waived by:

ORDER OF DISMISSAL        1       Robert Mitchell, Attorney at Law, PLLC
3:21-cv-1871-RSL                                                   1020 N. Washington St. | Spokane, WA  99201
                                                                                  Ph (509) 327-2224 | Fax (888) 840-6003
                                                                                          bobmitchelllaw@gmail.com

s//*Michael J. Farrell*
Michael J. Farrell, WSB No. 18897
MB LAW GROUP, LLP
117 SW Taylor Street, Suite 200
Portland, OR 97204
Telephone: 503-914-2015
Email: mfarrell@mblglaw.com

Dated July 29, 2022

## ORDER

THIS COURT having reviewed the parties' motion and finding good cause shown, HEREBY ORDERS that this case be dismissed with prejudice and without an award of costs or fees to either party.

The Clerk of the Court is hereby directed to close the case file and strike all pending dates from the calendar.

Dated this 1st day of August, 2022.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL
3:21-cv-1871-RSL

2

**Robert Mitchell, Attorney at Law, PLLC**
1020 N. Washington St. | Spokane, WA  99201
Ph (509) 327-2224 | Fax (888) 840-6003
bobmitchelllaw@gmail.com